IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL ISAACS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| vs. | : | CIVIL NO. 7:14-CV-0025-HL-TQL |
| | : | |
| UNITED STATES MARSHALS, | : | |
| | : | |
| Respondent | : | |

## ORDER

Petitioner Michael Issacs, a federal detainee, filed the present action challenging his pre-trial confinement. His pleading is construed as a petition for writ of habeas corpus filed pursuant to 42 U.S.C. § 2241. In his pleading, Petitioner claims that he was wrongly arrested and is being held, unlawfully, at the Federal Medical Center in Butner, North Carolina. Petitioner's claims are plainly related to his federal criminal prosecution, United States v. Issacs, 7:12-CR-040-HL, which was still ongoing at the time his petition was filed.[1]

The Petition is now moot. On March 10, 2014, almost two weeks after this action was filed, the Government moved to dismiss the indictment against Petitioner. See United States v. Isaacs, 7:12-CR-040-HL, at Doc. 66 (M.D. Ga.). The motion was granted on March 11, 2014, and all counts of the indictment were dismissed. Id. at Doc. 67. The criminal charges about which Petitioner currently complains are thus no longer pending, and a search of Federal Bureau of Prisons website, http://www.bop.gov/inmateloc/ (visited March 25, 2014), reveals that Petitioner has been released from custody. The present petition is accordingly **DISMISSED**.

---

[1] A review of the Docket in that case shows that Petitioner was indicted in this Court on November 15, 2012, and later admitted to the Federal Correctional Institution Butner in North Carolina for psychiatric examination, pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 26th day of March, 2014.

							*s/ Hugh Lawson*_____
							HUGH LAWSON, JUDGE
							UNITED STATES DISTRICT COURT

jlr