IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL ISAACS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| vs. | : | CIVIL NO. 7:14-CV-0025-HL-TQL |
| | : | |
| UNITED STATES MARSHAL, | : | |
| | : | |
| Respondent | : | |

## ORDER

Petitioner Michael Issacs, a federal detainee, filed a petition for writ of habeas corpus in this Court seeking relief under 42 U.S.C. § 2241. The Court subsequently found his petition moot because the criminal charges against him were dismissed and he had been released from pre-trial confinement. The Petition was dismissed, and judgment was entered March 27, 2014.

Petitioner has now filed a post-judgment letter (Doc. 7) stating that he is still being detained by the federal government on other grounds (presumably for deportation by U.S. Immigration and Customs Enforcement). The Court construes this to be a new request for relief under 42 U.S.C. § 2241. To obtain the relief he seeks, Petitioner must file an entirely new petition in the federal district and division where he is currently being held, the Columbus Division of the Middle District of Georgia. Petitioner must also pay the required $5.00 filing fee when his application is submitted or file a new motion for leave to *proceed in forma pauperis*.

**SO ORDERED**, this 22nd day of April, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr